**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**IRINA NEDASHKOVSKIY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **IRINA NEDASHKOVSKIY,** | No.   2:22-cv-00410-JDP(SS) |
| **Plaintiff,** | |
| v. | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 8, 2022.

This is a first extension of only approximately a week, requested because of plaintiff's counsel's hearing and briefing schedules.

[Pleading Title] - 1

Dated:  July 31, 2022                                              /s/    *Jesse S. Kaplan*
                                                                   JESSE S. KAPLAN
                                                                   Attorney for Plaintiff

Dated:  July 31, 2022                                               */s/ per e-mail authorization*

                                                                   OSCAR GONZALEZ DE LLANO
                                                                   Special Assistant U.S. Attorney
                                                                   Attorney for Defendant

## ORDER

For good cause shown in this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to August 8, 2022.

IT IS SO ORDERED.

Dated:  August 1, 2022                                             _____
                                                                   JEREMY D. PETERSON
                                                                   UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2