PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA NEDASHKOVSKIY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:22-cv-00410-JDP<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended sixty-eight days (68) days from September 22, 2022, to November 29, 2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel for Defendant currently has nine (9) merit briefs currently due in district court

Stipulated Motion for Extension of Time

1

1 cases in the next seven (7) days, twenty-five (25) merit briefs in the next thirty (30) days and
2 thirty-seven (37) merit briefs in the next sixty (60) days.  Counsel also recently returned from
3 scheduled leave August 29, 2022 – September 5, 2022, will be out of the office a few days next
4 week, and the week of November 21 - 25.  Given this current workload and leave schedule an
5 extension until November 29, 2022 should provide an opportunity for the undersigned Counsel
6 for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.
7 Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given
8 the high volume of cases that all of our limited staff (due to leave and resignations) is handling.
9 Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in
10 the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: September 20, 2022       By:   *s/ Oscar Gonzalez de Llano*
                                     OSCAR GONZALEZ DE LLANO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: September 20, 2022       By:   *s/ JESSE S. KAPLAN* *
                                     JESSE S. KAPLAN
                                     (*as authorized by email)

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS ORDERED that Defendant shall have an extension, up to and including November 29, 2022, to respond to Plaintiff's Motion for Summary Judgment.
IT IS SO ORDERED.

Dated: __September 23, 2022__  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE