PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  1961 Stout Street, Suite 4169
  Denver, CO 80294-4003
  Telephone: (303) 844-6232
  Email: Noah.Schabacker@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IRINA NEDASHKOVSKIY,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 2:22-cv-0410-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for further administrative proceedings, including offering the claimant the opportunity for a new hearing. The ALJ shall re-evaluate the evidence of record and issue a

new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  December 15, 2022                */s/  Jesse S. Kaplan\**
                                                   JESSE S. KAPLAN
                                                   Attorney for Plaintiff
                                                   \*Authorized via e-mail on December 14, 2022

                                                   PHILLIP A. TALBERT
                                                   United States Attorney
                                                   MATHEW W. PILE
                                                   Associate General Counsel
                                                   Office of Program Litigation, Office 7
                                                   Social Security Administration

                                By:     */s/ Noah Schabacker*
                                                   NOAH SCHABACKER
                                                   Special Assistant United States Attorney

                                                   Attorneys for Defendant

**[PROPOSED] ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of Court is directed to enter judgment in plaintiff's favor.

IT IS SO ORDERED.

Dated:   December 15, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE